# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**MICHELE ROWLEY**

       Plaintiff,

vs.                               Hon. Arthur J. Tarnow
                                      Case No. 19-13640

**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,**
a Connecticut corporation,

       Defendant.

_____/

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Upon the parties' Stipulation as set forth below, and the Court being otherwise fully advised in the premises;

**IT IS ORDERED** that the above-captioned lawsuit and all claims and causes of action therein are dismissed with prejudice and without costs or attorneys' fees.

**IT IS SO ORDERED**.

                                                s/Arthur J. Tarnow
                                                ARTHUR J. TARNOW
                                                U.S. DISTRICT JUDGE

Dated: March 16, 2020

We consent to the entry of this Order.

| | |
|---|---|
| s/Ilana S. Wilenkin (P61710) <br> (w/consent) <br> ILANA S. WILENKIN (P61710) <br> FELDEHEIM & WILENKIN PC <br> 30300 Northwestern Hwy <br> Suite 108 <br> Farmington Hills, MI 48334 <br> 248.932.3505 <br> ilana@lawsmf.com <br> Attorneys for Plaintiff | s/Brian P. Downey <br> PEPPER HAMILTON LLP <br> 100 Market St, Ste 200 <br> Harrisburg, PA 17108 <br> 717.255.1155 <br> downeyb@pepperlaw.com <br> Attorneys for Defendant |